

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Arsen Kuandykuly , A221-346-994

**Civil Action No.** 26-cv-00280-BAS-BLM

**Petitioner,**

V.

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Respondent.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Motion Hearing/Oral Argument Hearing held on 2/27/2026. For the reasons stated on the record, the court denies the petition.  This case is hereby closed.

Date: _____2/27/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M.Williams_____

M.Williams, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 26-cv-0280-BAS-BLM

Respondent (s): Warden, Otay Mesa Detention Center; DHS Secretary Kristi Noem; Attorney General Pamela Bondi; ICE Acting Director Todd Lyons; DHS Acting Director Jesus Rocha